IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| APPLICATION SCIENCE AND ) <br> TECHNOLOGY, LLC, A Nevada ) <br> Limited liability company, CHAD ) <br> KALEBIC, MICHAEL HURST, ) <br> And ANTHONY BRIEDE, ) <br> Plaintiffs, ) <br> v. ) <br> STATMON TECHNOLOGIES, CORP., ) <br> A Nevada corporation, ) <br> Defendants. ) | Case No. 05C 6864 <br> Judge Moran <br> Magistrate Ian Levin |

### ORDER OF JUDGMENT IN FAVOR OF PLAINTIFFS

This cause coming to be heard on the Stipulation of Order of Judgment in Favor of Plaintiffs filed and executed by the above-named Plaintiffs (collectively, the "AST Parties") and the Defendant Statmon, the parties having both denied any liability or wrongdoing, a settlement agreement having been reached, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED AND DECLARED that:

(a) Michael J. Peterson and Congaree Software Development, LLC independently developed the Monet software without access to, or reliance on, any Statmon software;

(b) AST is the lawful owner of the Monet software and all related copyrights and derivative or other legal rights therein and thereto; and

(c) the Monet software was not copied from Statmon's Axess software and does not infringe upon any copyright that Statmon may have in its Axess software.

Each of the parties shall bear its own attorney's fees, expenses and costs, and the parties have waived their respective rights of appeal, new trial, amendment of judgment, and relief from judgment or order. This Court shall retain jurisdiction for purposes of enforcing the settlement agreement.

SO ORDERED THIS 3rd DAY OF May, 2007.

_James B. Moran_
Judge Moran

LP\ 6018667.1